# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 7, 2016

## NO. 03-14-00320-CR

**Alfredo Ayala, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM 207TH DISTRICT COURT OF COMAL COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
### REVERSED AND REMANDED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment of conviction rendered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's judgment. Therefore, the Court reverses the district court's judgment of conviction and remands the case for a new trial. Appellee shall pay all costs relating to this appeal, both in this Court and the court below.